O/JS-6/ENTER

**FILED**
CLERK, U.S. DISTRICT COURT

2/13/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL JAMES ROBBINS,<br><br>    Petitioner,<br><br>  v.<br><br>WILLIAM KNIPP, Warden,<br><br>    Respondent. | Case No. ED CV 12-1196 MWF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability and Evidentiary Hearing.

DATED: February 13, 2015

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE